CHRISTOPHER RODEMER, *vs.* CHRISTIAN E. DETMOLD, GARNISHEE OF CLEMENT REDLER, ET. AL.—*Dec.* 1850.

The 2nd section of the act of 1825, ch. 114, gives no authority to clerks of county courts, to issue attachments on judgments of justices of the peace, unless the plaintiff produces the original judgment or a copy thereof under the hand and seal of the justice who rendered the same.

APPEAL from *Allegany* county court.

This was an *attachment* issued by the clerk of *Allegany* county court, at the instance of the appellant (the plaintiff below) upon the transcript of a judgment of a justice of the peace, taken from the justice's docket filed in the clerk's office of said county.

The garnishee appeared and moved the court to quash the attachment because it was issued by the clerk, without the original judgment or a copy thereof under the hand and seal of the justice who rendered the same, being produced to him by the plaintiff. The plaintiff then asked the court to amend the attachment so as to show that he produced the original judgment, which he avers was done by him. This amendment was re-

32    v.9

Rodemer *vs.* Detmold, Gar. of Redler, *et, al.*—1850.

sisted by the defendant. 1st. Because the court has no power to make such alteration in the writ. 2nd. Because the affidavit of the plaintiff, to his petition, was not sufficient to authorise the alteration asked for. 3d. Because it is not an amendment of the process or proceedings in said cause, as respects any defect or imperfection therein. And 4th. Because the alteration would substitute a fact which did not exist when the attachment issued. The last objection was supported by affidavits of the clerk and deputy clerk, and the court overruled the motion to amend and quashed the attachment. From this judgment the plaintiff appealed.

The cause was argued before SPENCE, MAGRUDER, and FRICK, J.

By M. T. EVANS for the appellant, and
By GEO. A. PEARRE, for the appellee.

SPENCE, J., delivered the opinion of this court.

There is no error in the judgment of the court below in this cause.

The act of 1825, ch. 114, sec. 2, confers no authority or power upon the clerks of the county courts, to issue writs of attachments upon the application of the plaintiff or plaintiffs, in any judgment rendered by a justice of the peace, unless they produce the original judgment, or a copy thereof, under the hand and seal of the justice who rendered the same.

The production of the original judgment, or a copy under seal, in such cases, is indispensable to give the court jurisdiction of the subject.

JUDGMENT AFFIRMED.